IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JAMES G. LEAK, JR.,    *

  Plaintiff,     *

vs.         *  CASE NO. 4:12-CV-282 (CDL)

GENEAL MOTORS, LLC,   *

  Defendant.    *

_____

O R D E R

The Court entered a Scheduling and Discovery Order in this action on February 15, 2013. That Order set a March 15, 2013 deadline for the parties to exchange initial disclosures. Defendant represents that Plaintiff has not served his initial disclosures. In addition, Plaintiff has not responded to Defendant's interrogatories and requests for production, which Defendant served on Plaintiff on March 12, 2013.

Defendant filed a Motion to Dismiss (ECF No. 10), asking the Court to dismiss this action for failure to prosecute and because Plaintiff failed to satisfy his discovery obligations. In the alternative, Defendant seeks an order compelling Plaintiff to satisfy his discovery obligations. The Court declines to dismiss the action at this time but grants Defendant's motion to compel. Plaintiff shall serve his initial disclosures and fully respond to Defendant's discovery requests

on or before November 27, 2013.  If Plaintiff does not comply with this Order by satisfying his discovery obligations, Defendant may renew its motion to dismiss, and Plaintiff's Complaint will be dismissed.  Defendant's expert disclosure deadline will remain stayed until after Plaintiff provides his initial disclosures and full responses to Defendant's discovery requests.

IT IS SO ORDERED, this 6th day of November, 2013.

S/Clay D. Land
_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE