```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

JAMES G. LEAK, JR.,                  *

    Plaintiff,                   *

vs.                                  *       CASE NO. 4:12-CV-282 (CDL)

GENEAL MOTORS, LLC,                  *

    Defendant.                   *

O R D E R

The Court previously ordered Plaintiff to serve his initial disclosures and respond to Defendant's discovery requests. Order Granting Mot. to Compel Nov. 6, 2013, ECF No. 12. The Court stated, "If Plaintiff does not comply with this Order by satisfying his discovery obligations, Defendant may renew its motion to dismiss, and Plaintiff's Complaint will be dismissed." *Id.* at 2. Defendant filed a renewed Motion to Dismiss (ECF No. 13) asserting that Plaintiff has not served his initial disclosures or responded to Defendant's discovery requests. Plaintiff did not respond to the renewed motion to dismiss. Because Plaintiff has not satisfied his discovery obligations as he was ordered to do, this action is dismissed for lack of prosecution.

IT IS SO ORDERED, this 14th day of January, 2014.

                                                   S/Clay D. Land
                                                     CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE